**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACILENE C. TARGINO,

      Plaintiff,

vs.                                                  CASE NO. 6:06-CV-811-ORL-19DAB

LODGIAN HOTELS, INC.,
SOARES INACIO ENTERPRISE,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30, filed January 10, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 30) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement (Doc. No. 28, filed January 9, 2007) is **GRANTED.** The settlement payment in the amount of $5,750.00 to Plaintiff for unpaid wages, liquidated damages, and attorney's fees is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___12th___ day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record